# United States District Court
# For The Western District of North Carolina
# Statesville Division

RICCARDO DARNELL JONES,

    Plaintiff(s),

vs.

D. RIGGS, ERIC DYE, KEITH WHITENER, AND (FNU HERNANDEZ),

    Defendant(s).

JUDGMENT IN A CIVIL CASE

CASE NO. 5:08CV92-2-MU

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's August 13, 2008, Order.

Signed: August 13, 2008

_____
Frank G. Johns, Clerk
United States District Court